No. 12, original. UNITED STATES *v.* LOUISIANA ET AL. March 15, 1943. Streeter B. Flynn, Esq., of Oklahoma

City, Oklahoma, appointed a Commissioner in this cause, for the purpose of perpetuating testimony.